IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO REED,

    Petitioner,                    2:02-cv-00708-GEB-KJM-P

  vs.

ROY A. CASTRO, Warden,

    Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's June 10. 2005 dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate

1

1 which specific issue or issues satisfy" the requirement.  28
2 U.S.C. § 2253(c)(3).
3            Where, as here, the petition was dismissed on
4 procedural grounds, a certificate of appealability "should issue
5 if the prisoner can show:  (1) 'that jurists of reason would find
6 it debatable whether the district court was correct in its
7 procedural ruling'; and (2) 'that jurists of reason would find it
8 debatable whether the petition states a valid claim of the denial
9 of a constitutional right.'"  Morris v. Woodford, 229 F.3d 775,
10 780 (9th Cir. 2000) (quoting Slack v. McDaniel, 529 U.S. 473, 120
11 S.Ct. 1595, 1604 (2000)).
12           After careful review of the entire record herein, this
13 court finds that petitioner has not satisfied the first
14 requirement for issuance of a certificate of appealability in
15 this case.  Specifically, jurists of reason might debate whether
16 this action satisfies the requirement that there be a case or
17 controversy in light of the fact that the restoration of
18 petitioner's lost good-time credits would not have advanced his
19 release date.
20           Accordingly, IT IS HEREBY ORDERED that a certificate of
21 appealability is issued in the present action.
22 Dated:  September 15, 2005

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge

2