# OFFICE OF THE FEDERAL DEFENDER
## EASTERN DISTRICT OF CALIFORNIA
### 801 I STREET, 3rd Floor
### SACRAMENTO, CALIFORNIA 95814
### (916) 498-5700 Fax: (916) 498-5710

*Dennis S. Waks*
*Acting Federal Defender*

*Daniel J. Broderick*
*Chief Assistant Defender*

February 1, 2006

**FILED**

FEB - 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Stephen Defilippis
Attorney at Law
625 N. First Street
San Jose, CA 95112

Re: **Alonzo Reed v. Roy Castro, Warden**
    **Cv.S-02-708-GEB/KJM**

Dear Mr. Defilippis:

This will confirm your appointment by the Honorable Kimberly J. Mueller, U.S. Magistrate Judge, to represent the above-name defendant. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is a CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms, together with sample forms for reporting court time. This will also provide a uniformity in the way attorneys report their time and services rendered.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Very truly yours,

LUPE HERNANDEZ
Operations Administrator

:lh
Enclosures

cc: Clerks Office
    Ninth Circuit, Clerk

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER |
|---|---|---|---|---|
| 09C | Reed, Alonzo | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | Civ.S-02-708-GEB/KJM | 05-16922 | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE |
|---|---|---|---|
| Reed v. Castro | Appeal | Appellant | CA |

11. OFFENSE(S) CHARGED
Appeal from the denial of a habeas corpus

12. ATTORNEY'S NAME AND MAILING ADDRESS
Stephen Defilippis
Piscone and Defilippis
625 North First Street
San Jose, CA 95112
(408) 292-0441

13. COURT ORDER
[signature]
12/20/05

| | CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other | | | | | |
| | (Rate per hour = $ 90) TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work | | | | | |
| | (Rate per hour = $ 90) TOTALS: | | | | | |
| 17. | Travel Expenses | | | | | |
| 18. | Other Expenses | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE  FROM ___ TO ___
20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION
21. CASE DISPOSITION

22. CLAIM STATUS

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT |
|---|---|---|---|---|

28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE/MAG. JUDGE CODE

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) | DATE | 34a. JUDGE CODE

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DEC 20 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| ALONZO REED, | No. 05-16922 |
|---|---|
| Petitioner - Appellant, | D.C. No. CV-02-00708-GEB Eastern District of California, Sacramento |
| v. | |
| ROY A. CASTRO, Warden, | ORDER |
| Respondent - Appellee. | |



FILED
DEC 2 2 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Before: Peter L. Shaw, Appellate Commissioner

Appellant's motion for appointment of counsel in this habeas corpus appeal is granted. *See* 18 U.S.C. § 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (per curiam). Counsel will be appointed by separate order.

The Clerk shall serve a copy of this order on Quin A. Denvir, Federal Public Defender, 801 I Street, 3rd Floor, Sacramento, California 95814, who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 556-6228) within 14 days of locating counsel. If new counsel identifies uncertified issues that should be raised on appeal, counsel shall include them in the opening brief as permitted by Ninth Circuit Rule 22-1(e).

S:\MOATT\Cmshords\12.05\jz\05-16922.wpd

05-16922

The Clerk shall strike the opening brief received on October 5, 2005.

The opening brief and excerpts of record are due February 13, 2006; the answering brief is due March 15, 2006; and the optional reply brief is due within 14 days after service of the answering brief.

*Peter L. Shaw*
General Order 6.3(e)